# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Lasheka and Kareem Tomlin | : | |
| | : | Case No. 16-16763ELF |
| Debtor(s) | : | Chapter 13 |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., hereby certify that on September 18, 2018, a true and correct copy of the Order Granting Motion To Reconsider Dismissal of Case was served by electronic delivery or Regular US Mail to the Debtor, all interested and affected parties, the Trustee.

Very Truly Yours,

September 18, 2018

*/s/ Brad J. Sadek, Esquire*
Brad J. Sadek, Esquire